Charles W. Coe
LAW OFFICE OF CHARLES W. COE
805 W 3rd Avenue, Suite #100
Anchorage, Alaska 99501
Ph: (907) 276-6173
Fax: (907) 279-1884
charlielaw@gci.net

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NOBUKO DASH, )<br>)<br>  Plaintiff, )<br>)<br>)<br>vs. )<br>) Case 3:07-cv-153 (RRB)<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>  Defendant. ) **JOINT STATUS REPORT**<br>_____ ) | |

The parties in the above case have conferred and file the following status report:

    1.    The parties have exchanged discovery in this case.

    2.    Discovery has been reviewed.

3. The parties are actively discussing settlement in this case and have been exchanging offers to resolve this matter. Additional time is needed to complete this process.

4. Both parties request that they be allowed an additional 60 days to submit a Scheduling and Planning Conference Report to this court since a pretrial plan may be premature at this time in light of settlement discussions.

DATED this 1st day of April, 2008.

By: s/Charles W. Coe
Attorney for Plaintiff
805 W 3rd Avenue, Suite #100
Anchorage, Alaska 99501
Phone: (907) 276-6173
charlielaw@gci.net
ABA#7804002

NELSON P. COHEN
United States Attorney

By: s/Daniel R. Cooper, Jr.
Assistants U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-3376
Fax: (907) 271-2344
Daniel.Cooper@usdoj.gov
AK#8211109

I certify that on April 1, 2008,
A copy of the foregoing was
Electronically served upon:

Daniel R. Cooper, Jr.
Assistant U.S. Attorney
BY: s/ Nancy L. Hesla