Charles W. Coe
LAW OFFICE OF CHARLES W. COE
805 W 3rd Avenue, Suite #100
Anchorage, Alaska 99501
Ph: (907) 276-6173
Fax: (907) 279-1884
charlielaw@gci.net

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NOBUKO DASH, | ) |
| | ) |
| Plaintiff, | ) Case No. 3:07-cv-153 (RRB) |
| | ) |
| vs. | ) **STIPULATION TO DISMISS** |
| | ) **WITH PREJUDICE** |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

The plaintiff and the defendant, via undersigned counsel, stipulate that all claims asserted or that could have been asserted by plaintiff against the United States in this action should be dismissed with prejudice and with each party to bear their own costs, expenses, and attorney fees.

DATED this 25th day of June, 2008.

>LAW OFFICE OF CHARLES W. COE
>s/Charles W. Coe
>Attorney for Plaintiff
>805 W 3rd Avenue, Suite #100
>Anchorage, Alaska 99501
>Phone: 907-276-6173
>Fax: 907-279-1884
>Email: charlielaw@gci.net
>ABA#7804002

DATED this 25th day of June, 2008.

>NELSON P. COHEN
>United States Attorney
>
>s/Daniel R. Cooper, Jr. (consent)
>Assistant U.S. Attorney
>222 W 7th Ave., #9, Rm. 253
>Anchorage, Alaska 99513
>Phone: 907-271-3376
>Fax: 907-271-2344
>Email: Daniel.Cooper@usdoi.gov
>ABA#8211109

I hereby certify that on June 25, 2008.
A copy of the foregoing was served
Electronically on

Daniel Cooper

s/Nancy L. Hesla

Dash v. USA
Case No. 3:07-cv-153
Stipulation for Dismissal
Page 2 of 2