Charles W. Coe
LAW OFFICE OF CHARLES W. COE
805 W 3rd Avenue, Suite #100
Anchorage, Alaska 99501
Ph: (907) 276-6173
Fax: (907) 279-1884
charlielaw@gci.net

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NOBUKO DASH, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:07-cv-153 (RRB) |
| ) | |
| vs. ) | **NOTICE OF FILING** |
| ) | **PROPOSED ORDER** |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

COMES NOW, the plaintiff, NOBUKO DASH, by and through her attorney, CHARLES W. COE, who hereby gives notice that she is filing the proposed order that corresponds with the Stipulation for Dismissal with Prejudice filed in the above case.

DATED this 25th day of June, 2008.

`                                   LAW OFFICE OF CHARLES W. COE
                                    s/Charles W. Coe
                                    Attorney for Plaintiff
                                    805 W 3rd Avenue, Suite #100
                                    Anchorage, Alaska 99501
                                    Phone: 907-276-6173
                                    Fax: 907-279-1884
                                    Email: charlielaw@gci.net
                                    ABA#7804002

I hereby certify that on June 25, 2008.
A copy of the foregoing was served
Electronically on

Daniel Cooper

s/Nancy L. Hesla